UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
KELLER, JOHN P.                                 §        Case No. 12-47068
KELLER, KELLY A.                                §
                                                §
                                                §
                    Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on               .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                        $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                    $

    The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $        [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/JOSEPH R. VOILAND_____
                                                                Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 12-47068 | DRC | Judge: Donald R. Cassling | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | KELLER, JOHN P. | | | | Date Filed (f) or Converted (c): | 11/30/12 (f) |
| | KELLER, KELLY A. | | | | 341(a) Meeting Date: | 01/25/13 |
| For Period Ending: 10/26/14 | | | | | Claims Bar Date: | 08/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence:756 Columbine Drive, Elgin, IL. 60124 | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 100.00 | | 0.00 | FA |
| 3. checking acct. - Bank of America | 10.00 | 10.00 | | 0.00 | FA |
| 4. savings acct. - Bank of Amaerica | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. savings acct.- Bank of America | 300.00 | 300.00 | | 0.00 | FA |
| 6. Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 8 rembrandt prints | 23,733.00 | 21,733.00 | | 5,500.00 | FA |
| 8. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. term insurance policy - CNA | 0.00 | 0.00 | | 0.00 | FA |
| 11. term insurance policy (work) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2010 Crossroads Zinger Trailer | 10,570.00 | 0.00 | | 0.00 | FA |
| 13. 2011 Chevy Cruze | 11,855.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Dodge Ram Truck | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 15. tax refund (u) | 2,800.00 | 800.00 | | 2,831.79 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $299,068.00   $24,043.00   $8,331.79   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/15/14     Current Projected Date of Final Report (TFR): 08/15/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 12-47068  -DRC |
|---|---|
| Case Name: | KELLER, JOHN P. |
| | KELLER, KELLY A. |
| Taxpayer ID No: | *******2801 |
| For Period Ending: | 10/26/14 |

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******1990  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 2,151.79 | | 2,151.79 |
| 04/03/14 | 003001 | Patrick  McNamara | sales commission | 3991-000 | | 140.00 | 2,011.79 |
| | | 313 Essex | | | | | |
| | | Yorkville, IL 60604 | | | | | |
| 04/03/14 | 003002 | Patrick McNamara | sales expenses | 3992-000 | | 256.63 | 1,755.16 |
| | | 313 Essex | | | | | |
| | | Yorkville, IL 60560 | | | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,745.16 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,735.16 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,725.16 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,715.16 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,705.16 |
| 09/04/14 | 7 | Park West Gallery | | 1129-000 | 4,100.00 | | 5,805.16 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,795.16 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,251.79 | 456.63 | 5,795.16 |
| Less:  Bank Transfers/CD's | 2,151.79 | 0.00 | |
| Subtotal | 4,100.00 | 456.63 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,100.00 | 456.63 | |

Page Subtotals          6,251.79          456.63

LFORM24          **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*          Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-47068 -DRC | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KELLER, JOHN P. | Bank Name: | Congressional Bank |
| | KELLER, KELLY A. | Account Number / CD #: | *******0767  Checking Account |
| Taxpayer ID No: | *******2801 | | |
| For Period Ending: | 10/26/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/13 | 15 | United States Treasury | | 1224-000 | 2,831.79 | | 2,831.79 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 2,821.79 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 2,811.79 |
| 09/30/13 | 001001 | JOHN P. KELLER  & KELLY A. KELLER | payment of tax refund exemption | 8100-002 | | 2,000.00 | 811.79 |
| | | 756 COLUMBINE DRIVE | | | | | |
| | | ELGIN, IL  60124 | | | | | |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 10.00 | 801.79 |
| 11/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 791.79 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 781.79 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 771.79 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 761.79 |
| 02/26/14 | 7 | Patrick McNamara | | 1129-000 | 1,400.00 | | 2,161.79 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 2,151.79 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 2,151.79 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 4,231.79 | 4,231.79 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 2,151.79 | |
| Subtotal | | 4,231.79 | 2,080.00 | |
| Less:  Payments to Debtors | | | 2,000.00 | |
| Net | | 4,231.79 | 80.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1990 | 4,100.00 | 456.63 | 5,795.16 |
| Checking Account - ********0767 | 4,231.79 | 80.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,331.79 | 536.63 | 5,795.16 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                 4,231.79                 4,231.79

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 12-47068  -DRC | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KELLER, JOHN P. | Bank Name: | Congressional Bank |
| | KELLER, KELLY A. | Account Number / CD #: | *******0767  Checking Account |
| Taxpayer ID No: | *******2801 | | |
| For Period Ending: | 10/26/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********1990

Checking Account - ********0767

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | | | EXHIBIT C | | | | |
| | | | | ANALYSIS OF CLAIMS REGISTER | | | | |

Page 1                                                                                                                    Date: September 16, 2014

Case Number:   12-47068                                      Claim Class Sequence
Debtor Name:   KELLER, JOHN P.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $109.77 | $0.00 | $109.77 |
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $1,383.18 | $0.00 | $1,383.18 |
| 000001<br>070<br>7100-00 | The Independent Savings Plan Company<br>dba ISPC<br>Michael D. Ginsberg, Esquire<br>1115 Gunn Highway, Suite 100<br>Odessa, FL 33556 | Unsecured | | $3,619.33 | $0.00 | $3,619.33 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $17,620.26 | $0.00 | $17,620.26 |
| 000003<br>070<br>7100-00 | Capital One, N.A.<br>by American InfoSource Lp as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,609.63 | $0.00 | $2,609.63 |
| 000004<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $100.00 | $0.00 | $100.00 |
| 000005<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $103.17 | $0.00 | $103.17 |
| 000006<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $290.02 | $0.00 | $290.02 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,922.99 | $0.00 | $4,922.99 |
| 000008<br>070<br>7100-00 | eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $13,944.80 | $0.00 | $13,944.80 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 16, 2014

Case Number:    12-47068
Debtor Name:    KELLER, JOHN P.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $4,040.32 | $0.00 | $4,040.32 |
| | Case Totals: | | | $48,743.47 | $0.00 | $48,743.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-47068
Case Name: KELLER, JOHN P.
      KELLER, KELLY A.
Trustee Name: JOSEPH R. VOILAND

     Balance on hand                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Independent Savings Plan Company dba ISPC | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | Capital One, N.A. | $ | $ | $ |
| 000004 | GE Capital Retail Bank | $ | $ | $ |
| 000005 | GE Capital Retail Bank | $ | $ | $ |
| 000006 | GE Capital Retail Bank | $ | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000009 | eCAST Settlement Corporation, assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE