UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KELLER, JOHN P. § Case No. 12-47068
KELLER, KELLY A. §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/05/2014 in Courtroom 240,
          c/o Kane County Courthouse
          100 S. 3rd Street
          Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/01/2014          By: _____
                                                      Clerk of the Bankruptcy Court


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

Certificate of Notice   Page 2 of 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KELLER, JOHN P. § Case No. 12-47068
KELLER, KELLY A. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,331.79 |
| and approved disbursements of | $ | 2,536.63 |
| leaving a balance on hand of[1] | $ | 5,795.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,383.18 | $ 0.00 | $ 1,383.18 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 109.77 | $ 0.00 | $ 109.77 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,492.95 |
| Remaining Balance | | $ | 4,302.21 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,250.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Independent Savings Plan Company dba ISPC | $ 3,619.33 | $ 0.00 | $ 329.54 |
| 000002 | Capital One Bank (USA), N.A. | $ 17,620.26 | $ 0.00 | $ 1,604.34 |
| 000003 | Capital One, N.A. | $ 2,609.63 | $ 0.00 | $ 237.61 |
| 000004 | GE Capital Retail Bank | $ 100.00 | $ 0.00 | $ 9.11 |
| 000005 | GE Capital Retail Bank | $ 103.17 | $ 0.00 | $ 9.39 |
| 000006 | GE Capital Retail Bank | $ 290.02 | $ 0.00 | $ 26.41 |
| 000007 | American Express Centurion Bank | $ 4,922.99 | $ 0.00 | $ 448.24 |
| 000008 | eCAST Settlement Corporation, assignee | $ 13,944.80 | $ 0.00 | $ 1,269.69 |
| 000009 | eCAST Settlement Corporation, assignee | $ 4,040.32 | $ 0.00 | $ 367.88 |

Total to be paid to timely general unsecured creditors           $              4,302.21

Remaining Balance                                                $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-47068-DRC
John P. Keller                                                      Chapter 7
Kelly A. Keller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman                 Page 1 of 2          Date Rcvd: Nov 04, 2014
                               Form ID: pdf006              Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
```
db/jdb        #+John P. Keller,    Kelly A. Keller,    756 Columbine Drive,    Elgin, IL 60124-6556
19752967        Allied Interstate LLC,    PO Box 15548,    Wilmington, DE 19886-5548
19752971        American Express,    Box 0001,    Los Angeles, CA 90096-8000
20831853        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19752973       +Associates in Orthopaedic Surgery,    1435 N. Randall Road,    Suite 103,    Elgin, IL 60123-2302
19752974        Bank of America,    PO Box 650070,    Dallas, TX 75265-0070
19752975       +Barclay card,    POB 13337,    Philadelphia, PA 19101-3337
19752976       +Beloit Memorial Hospital,    1969 W. Hart Road,    Beloit, WI 53511-2230
19752978        Capital One Bank,    PO Box 71087,    Charlotte, NC 28272-1087
19752977        Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
20638654      +++Capital One Bank (USA), N.A.,    by American InfoSource LP as Agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
20638655      +++Capital One, N.A.,    by American InfoSource Lp as Agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
19752979       +Castlerock Security,    400 West Division Street,    Syracuse, NY 13204-1438
19752980       +Cepamerica Illinois LLP,    PO Box 582663,    Modesto, CA 95358-0070
19752981        Chasae/ Southwest Visa,    PO Box 15153,    Wilmington, DE 19886-5153
19752982        Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
19752984       +Cheryl Winefka,    118 Augusta Drive,    Gilberts, IL 60136-4045
19752985        Childrens Memorial,    C/O Medical GR Med.,    PO Box 4254,    Carol Stream, IL 60197-4254
19752986        Childrens Memorial Hospital,    PO Box 4066,    Carol Stream, IL 60197-4066
19752987       +Citizens Bank,    328 S. Saginaw,    Flint, MI 48502-1926
19752988        Computer Credit, Inc.,    Patient Financial Svcs.,    PO Box 4075,    Carol Stream, IL 60197-4075
19752989        Cosmetic & Plastic Surgery Assoc.,    1786 Moon Lake Blvd.,    #205,
                 Hoffman Estates, IL 60169-1067
19752990        Elgin Gastroenterology,    PO Box 7630,    Gurnee, IL 60031-7002
19752991       +Fox Valley Anes. Association,    PO Box 1123,    Elgin, IL 60121-1123
19752992        Fox Valley Laboratory Physicians,    PO Box 5133,    Chicago, IL 60680-5133
19752993        Fox Valley Laboratory Physicians SC,    PO Box 5133,    Chicago, IL 60680-5133
19752995       +Gatestone & Co. Intl. Inc.,    1000 N. West St. Suite 1200,    Wilmington, DE 19801-1058
19752996       +Green Tree Mortgage,    PO Box 6172,    Rapid City, SD 57709-6172
19752997        ISPC,    PMB #122 Gunn Hwy.,    Odessa, FL 33556-1912
19752998       +KCA Financial Services, Inc.,    PO Box 53,    Geneva, IL 60134-0053
19753000       +Midwest Bone & Joint Institute,    2350 Royal Blvd.,    Suite 200,    Elgin, IL 60123-4718
19753001       +Morrisroe & Association,    114 S. Bloomindale Road,    Bloomingdale, IL 60108-1239
19753002        Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
19753003        Radiological Consult. of Woodstock,    36311 Treasury Center,    Chicago, IL 60694-6300
19753004        Rush University Affliated Surgeons,    75 Remittance Dr.,    Dept. 1611,    Chicago, IL 60675-1611
19753005        Rush University Medical Center,    PO Box 4075,    Carol Stream, IL 60197-4075
19753006        Sherman Hospital,    35134 Eagle Hwy.,    Chicago, IL 60678-1351
19753007        Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-1351
19753008        Sherman Hospital,    35134 Eagleway,    Chicago, IL 60678-1351
19753009       +South Beloit Fire Dept.,    PO Box 467,    Beloit, WI 53512
19753010       +The Endo Center,    745 Fletcher Drive,    Suite 201,    Elgin, IL 60123-4749
20597043       +The Independent Savings Plan Company dba ISPC,    Michael D. Ginsberg, Esquire,
                 1115 Gunn Highway, Suite 100,    Odessa, FL 33556-5328
19753011       #University Pathologists, PC,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
20859909        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19752970       +E-mail/Text: ally@ebn.phinsolutions.com Nov 05 2014 00:57:00     Ally Bank,    PO Box 380901,
                 Minneapolis, MN 55438-0901
19752972        E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2014 00:57:15
                 American Medical Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
20753274        E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2014 01:00:21      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
20730791        E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2014 01:00:21      GE Capital Retail Bank,
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
19752999        Fax: 847-227-2151 Nov 05 2014 01:19:46     Medical Recovery Specialists, Inc.,
                 2250 E. Devon Ave.,    Suite 352,    Des Plaines, IL 60018-4519
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19752968*       Allied Interstate LLC,    PO Box 15548,    Wilmington, DE 19886-5548
19752969*       Allied Interstate LLC,    PO Box 15548,    Wilmington, DE 19886-5548
19752983*       Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
20859910*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

```
District/off: 0752-1          User: froman              Page 2 of 2                Date Rcvd: Nov 04, 2014
                              Form ID: pdf006           Total Noticed: 49
```

19752994    ##+Gary Rosenberg,    4319 Foxcreek Dr.,    Crystal Lake, IL 60012-2301

                                                                                     TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2014 at the address(es) listed below:
              Bradley S Covey    on behalf of Debtor John P. Keller bradley.covey@gmail.com,
               susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
              Bradley S Covey    on behalf of Joint Debtor Kelly A. Keller bradley.covey@gmail.com,
               susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
              David M Blaskovich    on behalf of Creditor    Citizens Banking Corporation dmblasko@wbbklaw.com
              Heather M Giannino    on behalf of Creditor    Bank of America, N.A. bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Joseph  Voiland     jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6