UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
KELLER, JOHN P.                     §    Case No. 12-47068
KELLER, KELLY A.                    §
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 UVEEGUUQT "TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Uweeguuqt "Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the r tkqt "Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The uweeguuqt "trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg, Uweeguuqt"Trustee_____
                                                             Uweeguuqt"Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN P. KELLER & KELLY A. KELLER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Bank PO Box 380901 Minneapolis, MN 55438 |  |  |  |  |  |
|  | Bank of America PO Box 650070 Dallas, TX 75265-0070 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Bank 328 S. Saginaw Flint, MI 48502 | | | | | |
| | Gary Rosenberg 4319 Foxcreek Dr. Crystal Lake, IL 60012 | | | | | |
| | Green Tree Mortgage PO Box 6172 Rapid City, SD 57709 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| BNK, CONG | | | | | |
| CB | | | | | |
| MCNAMARA, PATRICK | | | | | |
| MCNAMARA, PATRICK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cheryl Winefka;118 Augusta Drive;Gilberts, IL 60136 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates in Orthopaedic Surgery 1435 N. Randall Road Suite 103 Elgin, IL 60120-2302 | | | | | |
| | Barclay card POB 13337 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beloit Memorial Hospital 1969 W. Hart Road Beloit, WI 53511 | | | | | |
| | Castlerock Security 400 West Division Street Syracuse, NY 13204 | | | | | |
| | Cepamerica Illinois LLP PO Box 582663 Modesto, CA 95358-0046 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Childrens Memorial C/O Medical GR Med. PO Box 4254 Carol Stream, IL 60197-4254 | | | | | |
| | Childrens Memorial Hospital PO Box 4066 Carol Stream, IL 60197-4066 | | | | | |
| | Cosmetic & Plastic Surgery Assoc. 1786 Moon Lake Blvd. #205 Hoffman Estates, IL 60169-1067 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elgin Gastroenterology PO Box 7630 Gurnee, IL 60031-7002 | | | | | |
| | Fox Valley Anes. Association PO Box 1123 Elgin, IL 60123 | | | | | |
| | Fox Valley Laboratory Physicians PO Box 5133 Chicago, IL 60680-5133 | | | | | |
| | Fox Valley Laboratory Physicians SC PO Box 5133 Chicago, IL 60680-5133 | | | | | |
| | Midwest Bone & Joint Institute 2350 Royal Blvd. Suite 200 Elgin, IL 60123 | | | | | |
| | Morrisroe & Association 114 S. Bloomindale Road Bloomingdale, IL 60108 | | | | | |
| | Quest Diagnostics PO Box 809403 Chicago, IL 60680-9403 | | | | | |
| | Radiological Consult. of Woodstock 36311 Treasury Center Chicago, IL 60694-6300 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush University Affliated Surgeons 75 Remittance Dr. Dept. 1611 Chicago, IL 60675-1611 | | | | | |
| | Rush University Medical Center PO Box 4075 Carol Stream, IL 60197-4075 | | | | | |
| | Sherman Hospital 35134 Eagle Hwy. Chicago, IL 60678-1351 | | | | | |
| | Sherman Hospital 35134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Sherman Hospital 35134 Eagleway Chicago, IL 60678-1351 | | | | | |
| | South Beloit Fire Dept. PO Box 467 Beloit, WI 53511 | | | | | |
| | The Endo Center 745 Fletcher Drive Suite 201 Elgin, IL 60123 | | | | | |
| | University Pathologists, PC 5620 Southwyck Blvd. Toledo, OH 43614-1501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000001 | THE INDEPENDENT SAVINGS PLAN COMPAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-47068 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | KELLER, JOHN P. | | | Date Filed (f) or Converted (c): | 11/30/12 (f) |
| | KELLER, KELLY A. | | | 341(a) Meeting Date: | 01/25/13 |
| For Period Ending: | 02/18/15 | | | Claims Bar Date: | 08/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence:756 Columbine Drive, Elgin, IL. 60124 | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 100.00 | | 0.00 | FA |
| 3. checking acct. - Bank of America | 10.00 | 10.00 | | 0.00 | FA |
| 4. savings acct. - Bank of Amaerica | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. savings acct.- Bank of America | 300.00 | 300.00 | | 0.00 | FA |
| 6. Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 8 rembrandt prints | 23,733.00 | 21,733.00 | | 5,500.00 | FA |
| 8. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. term insurance policy - CNA | 0.00 | 0.00 | | 0.00 | FA |
| 11. term insurance policy (work) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2010 Crossroads Zinger Trailer | 10,570.00 | 0.00 | | 0.00 | FA |
| 13. 2011 Chevy Cruze | 11,855.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Dodge Ram Truck | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 15. tax refund (u) | 2,800.00 | 800.00 | | 2,831.79 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $299,068.00 | $24,043.00 | | $8,331.79 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/15/14    Current Projected Date of Final Report (TFR): 08/15/14

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 18.04

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-47068 -DRC | | Trustee Name: | Elizabeth C. Berg, Sycc, Trustee |
|---|---|---|---|---|
| Case Name: | KELLER, JOHN P. | | Bank Name: | Associated Bank |
| | KELLER, KELLY A. | | Account Number / CD #: | *******1990 Checking Account |
| Taxpayer ID No: | *******2801 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 2,151.79 | | 2,151.79 |
| 04/03/14 | 003001 | Patrick McNamara | sales commission | 3991-000 | | 140.00 | 2,011.79 |
| | | 313 Essex | | | | | |
| | | Yorkville, IL 60604 | | | | | |
| 04/03/14 | 003002 | Patrick McNamara | sales expenses | 3992-000 | | 256.63 | 1,755.16 |
| | | 313 Essex | | | | | |
| | | Yorkville, IL 60560 | | | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,745.16 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,735.16 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,725.16 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,715.16 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,705.16 |
| 09/04/14 | 7 | Park West Gallery | | 1129-000 | 4,100.00 | | 5,805.16 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,795.16 |
| 12/10/14 | | Elizabeth C. Berg | Transfer of Funds from Former TR | 9999-000 | | 5,795.16 | 0.00 |
| | | Successor Trustee | | | | | |
| | | 20 N. Clark St. #200 | | | | | |
| | | Chicago IL 60603 | | | | | |

| | COLUMN TOTALS | 6,251.79 | 6,251.79 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 2,151.79 | 0.00 | |
| | Subtotal | 4,100.00 | 6,251.79 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 4,100.00 | 6,251.79 | |

Page Subtotals    6,251.79    6,251.79

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-47068 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | KELLER, JOHN P. | | Bank Name: | Associated Bank |
| | KELLER, KELLY A. | | Account Number / CD #: | *******6351 Checking Acct -- ECB TR |
| Taxpayer ID No: | *******2801 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>Yorkville IL | Transfer to Successor TR Account<br>Bank Serial #: | 9999-000 | 5,795.16 | | 5,795.16 |
| 12/18/14 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Trustee Compensation | 2100-000 | | 1,383.18 | 4,411.98 |
| 12/18/14 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Trustee Expenses | 2200-000 | | 109.77 | 4,302.21 |
| 12/18/14 | 001003 | The Independent Savings Plan Company dba ISPC<br>Michael D. Ginsberg, Esquire<br>1115 Gunn Highway, Suite 100<br>Odessa, FL 33556 | Claim 000001, Payment 9.11% | 7100-000 | | 329.54 | 3,972.67 |
| 12/18/14 | 001004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 9.11% | 7100-000 | | 1,604.34 | 2,368.33 |
| 12/18/14 | 001005 | Capital One, N.A.<br>by American InfoSource Lp as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 9.11% | 7100-000 | | 237.61 | 2,130.72 |
| 12/18/14 | 001006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 9.11% | 7100-000 | | 9.11 | 2,121.61 |
| 12/18/14 | 001007 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 9.10% | 7100-000 | | 9.39 | 2,112.22 |
| 12/18/14 | 001008 | GE Capital Retail Bank | Claim 000006, Payment 9.11% | 7100-000 | | 26.41 | 2,085.81 |

Page Subtotals   5,795.16   3,709.35

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-47068 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | KELLER, JOHN P. | | Bank Name: | Associated Bank |
| | KELLER, KELLY A. | | Account Number / CD #: | *******6351 Checking Acct -- ECB TR |
| Taxpayer ID No: | *******2801 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/14 | 001009 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>American Express Centurion Bank | Claim 000007, Payment 9.11% | 7100-000 | | 448.24 | 1,637.57 |
| 12/18/14 | 001010 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 9.11% | 7100-000 | | 1,269.69 | 367.88 |
| 12/18/14 | 001011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000009, Payment 9.11% | 7100-000 | | 367.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,795.16 | 5,795.16 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,795.16 | 5,795.16 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,795.16 | 5,795.16 | |

Page Subtotals  0.00  2,085.81

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-47068 -DRC | |
| Case Name: | KELLER, JOHN P. | |
| | KELLY, KELLY A. | |
| Taxpayer ID No: | *******2801 | |
| For Period Ending: | 02/18/15 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee | |
| Bank Name: | UNKNOWN BANK | |
| Account Number / CD #: | *******0767 Checking Account | |
| Blanket Bond (per case limit): | | |
| Separate Bond (if applicable): | $ 50,000,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/13 | 15 | United States Treasury | | 1224-000 | 2,831.79 | | 2,831.79 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 2,821.79 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 2,811.79 |
| 09/30/13 | 001001 | JOHN P. KELLER & KELLY A. KELLER 756 COLUMBINE DRIVE ELGIN, IL 60124 | payment of tax refund exemption | 8100-002 | | 2,000.00 | 811.79 |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 10.00 | 801.79 |
| 11/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 791.79 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 781.79 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 771.79 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 761.79 |
| 02/26/14 | 7 | Patrick McNamara | | 1129-000 | 1,400.00 | | 2,161.79 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 2,151.79 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 2,151.79 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 4,231.79 | 4,231.79 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 2,151.79 | |
| Subtotal | | 4,231.79 | 2,080.00 | |
| Less: Payments to Debtors | | | 2,000.00 | |
| Net | | 4,231.79 | 80.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1990 | 4,100.00 | 6,251.79 | 0.00 |
| Checking Acct -- ECB TR - ********6351 | 5,795.16 | 5,795.16 | 0.00 |
| Checking Account - ********0767 | 4,231.79 | 80.00 | 0.00 |
| | 14,126.95 | 12,126.95 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals   4,231.79   4,231.79

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-47068 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | KELLER, JOHN P. | | Bank Name: | UNKNOWN BANK |
| | KELLER, KELLY A. | | Account Number / CD #: | *******0767  Checking Account |
| Taxpayer ID No: | *******2801 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********1990 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Acct -- ECB TR - ********6351 | | | | |
| | | | Checking Account - ********0767 | | | | |

Page Subtotals    0.00    0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*